IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>JEREMY NANCE,<br><br>                      Defendant. | **8:25CR20**<br><br>ORDER |

The court, having granted Motion to Withdraw as Counsel (Filing No. 25), finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** that James R. Kozel, 1237 Skylark Drive, Omaha, NE 68144, (402) 758-1808, is appointed to represent Jeremy Nance for the balance of these proceedings pursuant to the Criminal Justice Act. The Federal Public Defender shall forthwith provide James R. Kozel any discovery materials provided to the defendant by the government and any such other materials obtained by the Federal Public Defender which are material to Jeremy Nance's defense.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and James R. Kozel.

DATED this 25th day of March, 2025.

                                                    BY THE COURT:

                                                    s/ Michael D. Nelson
                                                    United States Magistrate Judge